

# Fourth Court of Appeals
## San Antonio, Texas

March 29, 2018

No. 04-18-00104-CV

Genny **HOULE,**
Appellant

v.

**ONETOUCHPOINT SOUTHWEST CORP**. dba Ginny's Printing and Christopher Woodall,
Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI05284
Honorable Solomon Casseb, III, Judge Presiding

# O R D E R

The clerk's record has not been filed in this appeal, but from the limited record before us, it appears the trial court signed a final judgment on November 7, 2017, and Appellant had filed a premature motion for new trial. *See* TEX. R. CIV. P. 306(c). Assuming these facts, the clerk's record was due on March 7, 2018. *See* TEX. R. APP. P. 35.1(a).

Before the clerk's record was due, the Bexar County District Clerk filed a notification of late record but did not specify the number of additional days requested to file the record.

The clerk's request for additional time to file the record is GRANTED. The clerk's record is due within TEN DAYS of the date of this order.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of March, 2018.

_____
KEITH E. HOTTLE
Clerk of Court